UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, ,<br><br>        Plaintiff,<br><br>  v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br><br>        Defendants. | 1:04-CV-6329-REC-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RESCHEDULE JOINT SCHEDULING CONFERENCE (DOC. 20)<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE REGARDING SCHEDULING<br><br>ORDER DIRECTING DEFENDANT'S COUNSEL TO SET UP THE CONFERENCE CALL |

<u>TELEPHONIC STATUS CONFERENCE</u>
Date: May 24, 2005
Time: 10:00 a.m.

    Plaintiff is a state prisoner confined in Wasco State Prison who is proceeding pro se with an action concerning alleged civil right violations pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. Defendants have answered the complaint.

    On February 24, 2005, a scheduling conference was held, and Plaintiff was not telephonically present. A scheduling order issued on February 28, 2005. On April 12, 2005, Plaintiff filed a motion to reschedule a joint scheduling conference for May 15,

1

2005. The Court takes judicial notice of the fact that May 15, 2005, is a Sunday, a date on which neither a hearing on a motion nor a scheduling conference may be held. The Court thus finds that Plaintiff's motion must necessarily be denied. Because of this, there is no need for any briefing or input from Defendant on the motion.

However, in the interest of the efficient administration of justice and fairness to the parties, the Court will schedule an informal telephonic status conference for the purpose of considering the need for further scheduling of the case. The parties need not and should not submit any statements or other documentation in advance of the conference. Plaintiff is to be telephonically present at the conference.

Defendant's counsel shall set up the conference call and shall initiate the call to (559) 498-7325 on Tuesday, May 24, 2005, at 10:00 a.m. After this order is filed and served on the parties, Court staff will send a courtesy copy of this order to the appropriate prison official at Wasco State Prison and will telephone the appropriate prison official so that prison staff are aware of the need for Plaintiff to participate in the hearing. If Defendant's counsel needs assistance or has questions concerning the conference call, counsel may contact the clerk's office at (559) 498-7483 and ask to be transferred to the pro se writ clerk.

Accordingly, it IS ORDERED that

1) This matter is set for an informal telephonic status conference on May 24, 2005, at 10:00 a.m. before the undersigned at (559) 498-7325; and

2) Defendant's Counsel shall set up the conference call and initiate the call at (559) 498-7325.

IT IS SO ORDERED.

**Dated:    April 25, 2005**                                **/s/ Sandra M. Snyder**
icido3                                                      UNITED STATES MAGISTRATE JUDGE