UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:04-CV-6329-REC-SMS |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION RE: PLAINTIFF'S |
| | ) | MOTION FOR INJUNCTIVE RELIEF |
| v. | ) | (DOCS. 21, 19) |
| | ) | |
| FRESNO POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner confined in Wasco State Prison who is proceeding pro se with an action concerning alleged civil right violations pursuant to 42 U.S.C. § 1983.

On April 25, 2005, the Magistrate Judge filed findings and a recommendation to deny Plaintiff's motion, filed on March 29, 2005, for a court order requiring that he be given access to the law library, to other legal materials, and to the Court, which the Court interpreted as a request for injunctive relief. The findings and recommendation were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any objections.

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
3 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
4 review of the case. Having carefully reviewed the entire file,
5 the Court finds that the report and recommendation are supported
6 by the record and proper analysis.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1. The findings and recommendation filed April 25, 2005, are
9 ADOPTED IN FULL; and
10   2. Plaintiff's motion for injunctive relief IS DENIED.
11   IT IS SO ORDERED.
12 **Dated:  June 9, 2005**                  /s/ Robert E. Coyle
   668554                         UNITED STATES DISTRICT JUDGE

2