IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>        Plaintiff,<br><br>  v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br>        Defendants. | 1:04-cv-6329-REC-SMS<br><br>ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS IN FULL, DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF, AND DENYING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME AS MOOT.<br><br>(Docs. 36, 38 & 40) |

    Plaintiff is a state prisoner confined in Centinela State Prison who is proceeding pro se with an action concerning alleged civil right violations pursuant to 42 U.S.C. § 1983.

    On January 25, 2006, Plaintiff filed a motion for a court order requiring that he be given access to the court and to the law library, and for an extension of time to file a reply to Defendant's opposition to Plaintiff's motion for summary judgment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. On February 7, 2006, Magistrate Judge Snyder issued Findings and Recommendations interpreting the motion as a request for injunctive relief and a request for an extension of time. The

1

Magistrate Judge recommended that the Court deny Plaintiff's motion for injunctive relief and deny Plaintiff's request for an extension of time as moot.  The Findings and Recommendations contained notice to the parties that any objections were to be filed within thirty (30) days.

On February 13, 2006, Plaintiff filed a Motion for Court Order for Access to Law Library (the "Motion").  Plaintiff contends that the access he currently has to the library is insufficient for the legal research this case requires.  The Court deems the Motion to be an objection to the Magistrate Judge's Findings and Recommendations of February 7, 2006.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

**Accordingly:**

1. The Findings and Recommendations, filed February 7, 2006, are ADOPTED IN FULL.
2. Plaintiff's motion for preliminary injunctive relief is DENIED.
3. Plaintiff's request for an extension of time is DENIED as moot.

IT IS SO ORDERED.

**Dated:  February 15, 2006**           /s/ Robert E. Coyle
810ha4                                  UNITED STATES DISTRICT JUDGE