UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF





CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

HAROLD WALKER,

    Plaintiff - Appellant,

v.

FRESNO POLICE DEPARTMENT; et al.,

    Defendants - Appellees.

No.  06-15929
D.C. No.  CV-04-06329-REC

**ORDER**

This appeal has been taken in good faith   ☒

This appeal is not taken in good faith   [ ]

Explanation: It appears that Plaintiff can make a good faith argument for reversal based on this Court's findings of fact or conclusions of law.

_____
Judge
United States District Court

Date: May 31, 06